149 So.2d 923

**Fred L. SHUTTLESWORTH**

v.

**CITY OF BIRMINGHAM.**

6 Div. 940.

Supreme Court of Alabama.

Dec. 20, 1962.

Rehearing Denied Feb. 28, 1963.

614

Peter A. Hall and Orzell Billingsley, Jr., Birmingham, for petitioner.

Wm. C. Walker, Birmingham, opposed.

MERRILL, Justice.

The petition for certiorari to the Court of Appeals must be stricken because it is not on transcript paper. Supreme Court Rule 32; Ex parte Cranmore, 273 Ala. 4, 129 So.2d 688; Ex parte Davis, 269 Ala. 58, 110 So.2d 306; Accardo v. State, 268 Ala. 293, 105 So.2d 865; McDonald v. Amason, 267 Ala. 654, 104 So.2d 719; Ladd v. State, 266 Ala. 586, 98 So.2d 59.

Petition for writ of certiorari stricken.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.